IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COTTMAN TRANSMISSION SYSTEMS, LLC | : | CIVIL ACTION |
| v. | : | |
| DONNA DASILVA, et al. | : | NO. 11-6764 |

ORDER

AND NOW, this 7th day of December, 2011, following a letter from the plaintiff in the above-captioned case regarding a schedule for the plaintiff's motion for a preliminary injunction, IT IS HEREBY ORDERED that:

1. The defendant shall file a response to the plaintiff's motion on or before December 16, 2011.

2. The plaintiff may file a reply to the defendant's response on or before December 30, 2011.

3. The parties shall proceed in such a manner so that all expedited discovery relevant to the motion for preliminary injunction shall be completed by December 30, 2011.

4. The Court shall hold a hearing on January 20, 2012 at 1:30 p.m. in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.